RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

M. BLAIR JAMES, NCBN 49293
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-353-1857 (Kukso)
202-307-6483 (James)
202-307-0054 (f)
M.Blair.James@usdoj.gov
Boris.Kukso@usdoj.gov

*Attorneys for United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| TAHOE FOREST HEALTH DISTRICT, | No. 2:20-cv-02028-MCE-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR THE UNITED STATES TO RESPOND TO PLAINTIFF'S COMPLAINT (INITIAL REQUEST)** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to L.R. 144, Plaintiff, TAHOE FOREST HEALTH DISTRICT ("TFHD"), and Defendant, UNITED STATES OF AMERICA ("United States"), by and through their undersigned counsel, hereby stipulate as follows:

Plaintiff filed its Complaint with the Court on October 9, 2020 and served the United States of America on November 20, 2020. As such, the United States' answer or response is due to be filed with the Court on January 19, 2021.

Pursuant to this Stipulation, the parties hereby stipulate and agree that the

1 United States shall have an extension of sixty (60) days to March 22, 2021 to file an
2 answer, or otherwise respond, to Plaintiff's complaint.
3     The parties also stipulate and agree that Plaintiff may file an amended complaint,
4 in which case the United States shall have sixty (60) days from the date of filing the
5 amended complaint to file an answer or otherwise respond.
6     Dated: January 14, 2021

| | |
|---|---|
| _/s/ William Hays Weissman_ (as authorized on 01/14/2021) <br> WILLIAM HAYS WEISSMAN <br> LITTLER MENDELSON, P.C. <br> Treat Towers <br> 1255 Treat Boulevard <br> Suite 600 <br> Walnut Creek, CA 94597 <br> 925-932-2468 (v) <br> 925-946-9809 (f) <br> wweissman@littler.com | RICHARD E. ZUCKERMAN <br> Principal Deputy Assistant Attorney General <br> _/s/ M. Blair James_ <br> M. BLAIR JAMES, NCBN 49293 <br> BORIS KUKSO <br> Trial Attorney, Tax Division <br> U.S. Department of Justice <br> P.O. Box 683 <br> Washington, D.C. 20044 <br> 202-307-6483 (James) <br> 202-353-1857 (Kukso) <br> 202-307-0054 (f) <br> M.Blair.James@usdoj.gov <br> Boris.Kukso@usdoj.gov |

    IT IS SO ORDERED.

Dated: January 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2