DAVID A. HUBBERT
Acting Assistant Attorney General

BORIS KUKSO
M. BLAIR HLINKA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-1857 (Kukso)
202-307-6483 (Hlinka)
202-307-0054 (f)
Boris.Kukso@usdoj.gov
M.Blair.Hlinka@usdoj.gov
*Attorneys for United States*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE FOREST HEALTH DISTRICT,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | No.  2:20-cv-02028-MCE-CKD<br><br>**STIPULATION AND  ORDER TO EXTEND TIME FOR THE UNITED STATES TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Pursuant to L.R. 144, Plaintiff, TAHOE FOREST HEALTH DISTRICT ("TFHD"), and Defendant, UNITED STATES OF AMERICA ("United States"), by and through their undersigned counsel, hereby stipulate as follows:

Plaintiff filed its Complaint with the Court on October 9, 2020 and served the United States of America on November 20, 2020. On January 22, 2020 the Court approved the parties' stipulation that Plaintiff may file an amended complaint and the United States would have sixty (60) days from the date of filing the amended complaint to answer or otherwise respond. ECF No. 6. On January 25, 2021, Plaintiff filed the First Amended Complaint. ECF No. 7. The

current deadline to respond is March 26, 2021.

The parties stipulate and request that the United States shall have additional sixty (60) days, until May 25, 2021, to answer or otherwise respond to the First Amended Complaint. The parties are engaged in discussions to resolve some or all the issues and will use the additional time to do so. This is the second extension of time requested, and the total period of extensions already obtained by the parties is 60 days.

Dated: March 26, 2021.

| | |
|---|---|
| /s/William Weissman<br>WILLIAM HAYS WEISSMAN<br>LITTLER MENDELSON, P.C.<br>Treat Towers<br>1255 Treat Boulevard<br>Suite 600<br>Walnut Creek, CA 94597<br>925-932-2468 (v)<br>925-946-9809 (f)<br>wweissman@littler.com | DAVID A. HUBBERT<br>Acting Assistant Attorney General<br><br>/s/ Boris Kukso<br>BORIS KUKSO<br>M. BLAIR HLINKA<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C.  20044<br>202-353-1857 (Kukso)<br>202-307-6483 (Hlinka)<br>202-307-0054 (f)<br>Boris.Kukso@usdoj.gov<br>M.Blair.Hlinka@usdoj.gov<br>*Attorneys for United States* |

IT IS SO ORDERED.

Dated:  March 31, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE